

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/09/2018 11:00 AM

COURTROOM 9B

**HONORABLE ROBERTA COLTON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:18-bk-03179-RCT | 7 | 04/19/2018 |

**Chapter 7**

**DEBTOR:**    Veronica Vazquez

**DEBTOR ATTY:**    Melody Genson

**TRUSTEE:**    Christine Herendeen

**HEARING:**

Amended Motion for Relief from Stay Re: 356 Soundview Avenue, Bronx, NY 10473 by Emigrant Bank as to Surrendered Property Filed by Robyn Marie Severs on behalf of Creditor Emigrant Bank (Doc #18)

**APPEARANCES::**   STEVE DAVIS.

**RULING:**
Amended Motion for Relief from Stay Re: 356 Soundview Avenue, Bronx, NY 10473 by Emigrant Bank as to Surrendered Property Filed by Robyn Marie Severs on behalf of Creditor Emigrant Bank (Doc #18) -   GRANTED; ORDER BY MR. DAVIS. Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.