UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:18-bk-03179-RCT
  Chapter 7

Veronica Vazquez,

    Debtor(s).
_____/

**REPORT AND NOTICE OF INTENTION TO SELL
PROPERTY OF THE ESTATE AND NOTICE OF ABANDONMENT**

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

    Pursuant to local rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party-in-interest files a response within 21 days from the date set forth on the proof of service, plus an additional three days for service if any party was served by U.S. mail.

    If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at Sam M. Gibbons Courthouse, 801 N. Florida Ave., #555, Tampa, FL 33602-3899, and serve a copy on the Trustee, Christine L. Herendeen, at P.O. Box 152348, Tampa, FL 33684, and any other appropriate person(s) within the time allowed.  If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

    If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**TO:**    Creditors, Debtors and Parties in Interest

       Christine L. Herendeen, the Trustee duly appointed and acting for the above-captioned estate reports that she intends to sell and abandon the following property of the estate of the Debtor(s), under the terms and conditions set forth below:

**PROPERTY OF THE ESTATE BEING SOLD**

1.    Description of Property:   Excess equity in 2006 Toyota Camry with VIN no. 4T1BE32K16U741099 of $2,645.00; 2001 Chrysler PT Cruiser with VIN no. 3C8FY4BB11T681040 of $485.00; 2004 Oldsmobile Alero with VIN no. 1G3NL52F14C115240 of $170.00.

2.    Manner of Sale:  Private Sale

3. Terms of Sale:

   a. To: Debtor(s)

   b. Sale Price: Total is $3,300.00 which has been paid in full.

   c. All right, title, and interest of bankruptcy estate, if any.

   d. Subject to all liens and encumbrances, if any. No warranties of no liens. No warranties of any kind. Subject to Debtor(s) allowed claim of exemption.

The Trustee will entertain any higher bids for the purchase of the assets of the Debtor(s) that the Trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by the Trustee at the address listed below no later than the close of business 21 days from the date of mailing, as indicated in the Certificate of Service. If more than one bid has been received, an auction will occur among said bidder(s) after 21 days.

**NOTICE IS HEREBY GIVEN that if no objection or request for hearing is filed and served within twenty-one (21) days of the date of this report and notice, the property described herein will be sold without further hearing or notice pursuant to Local Bankruptcy Rule 6004-1.**

### PROPERTY OF THE ESTATE BEING ABANDONED

PURSUANT TO 11 U.S.C. § 554 OF THE BANKRUPTCY CODE AND FED.R.BANKR.P. 6007, NOTICE IS HEREBY GIVEN OF THE ABANDONMENT OF THE FOLLOWING PROPERTY THAT IS BURDENSOME AND HAS NO EQUITY FOR THE BENEFIT OF THE CHAPTER 7 ESTATE:

1. Scheduled real property: 4514 Bedford Court East, Bradenton, FL 34203; 356 Soundview Avenue, Bronx, NY 10473

2. Scheduled personal property: 2000 Volkswagen Beetle; household goods; electronics; basic clothing; costume jewelry; two dogs; cash; checking account with Bank of America; savings account with Bank of America; 401k with Employer.

Dated: July 11, 2018

                                                Respectfully submitted,

                                                /s/ Christine L. Herendeen
                                                Chapter 7 Trustee
                                                P.O. Box 152348
                                                Tampa, FL 33684
                                                (813) 438-3833

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE: VERONICA VAZQUEZ | CASE NO: 8:18-bk-03179<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 7/11/2018, I did cause a copy of the following documents, described below,

Report and Notice of Intention to Sell Property of the Estate and Notice of Abandonment

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/11/2018

/s/ Christine L. Herendeen
Christine L. Herendeen

Herendeen Law PL
PO Box 152348
Tampa, FL  33684
813 438 3833

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE:  VERONICA VAZQUEZ | CASE NO: 8:18-bk-03179 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 7 |

On 7/11/2018, a copy of the following documents, described below,

Report and Notice of Intention to Sell Property of the Estate and Notice of Abandonment

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/11/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Christine L. Herendeen
Herendeen Law PL
PO Box 152348
Tampa, FL  33684

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | CITY OF NEW YORK   DEPARTMENT OF ENVIRONMENT | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING | WILSON ELSER MOSKOWITZ EDELMAN   DICKER | ~~ROBERTA A COLTON~~ |
| 113A8 | 1133 WESTCHESTER AVENUE | ~~TAMPA~~ |
| CASE 8-18-BK-03179-RCT | WHITE PLAINS NY 10604-3516 | ~~FL~~ |
| MIDDLE DISTRICT OF FLORIDA | | |
| TAMPA | | |
| WED JUL 11 10-48-28 EDT 2018 | | |

EMIGRANT BANK
5 EAST 42 STREET
NEW YORK NY 10017-6994

FEDERAL NATIONAL MORTGAGE ASSOCIATION
KAHANE   ASSOCIATES PA
CO TAJI S FOREMAN ESQ
8201 PETERS ROAD SUITE 3000
PLANTATION FL 33324-3292

DEBTOR
VERONICA VAZQUEZ
4514 BEDFORD COURT EAST
BRADENTON FL 34203-4057

BEST BUY CREDIT SERVICES
PO BOX 9001007
LOUISVILLE KY 40290-1007

CHASE
TOYSRUS
PO BOX 530939
ATLANTA GA 30353-0939

CITY OF NEW YORK   DEPARTMENT OF ENVIRONMENT
CO WILSON ELSER
ATTENTION- DAVID TILLEM
1133 WESTCHESTER AVENUE
WHITE PLAINS NY 10604-3516

CON EDISON
COOPER STATION
PO BOX 138
NEW YORK NY 10276-0138

CONSOLIDATED EDISON COMPANY OF NEW YORK
BANKRUPTCY GROUP
CONSOLIDATED EDISON COMPANY OF NY
4 IRVING PL RM 1875-S
NEW YORK NY 10003-3502

CREDIT CARE
SYNCHRONY BANK
PO BOX 960061
ORLANDO FL 32896-0061

DEPT OF SANITATION
OATH MALL UNIT
66 JOHN STREET 10TH FLOOR
NEW YORK NY 10038-3772

EMIGRANT BANK
FKA EMIGRANT SAVINGS BANK
5 EAST 42ND SREET
NEW YORK NY 10017-6994

FINANCE COMMISSIONER CITY NY
PO BOX 2307
PECK SLIP STATION
NEW YORK NY 10272-2307

HOUSING LITIGATION DIVISION
CO DEBORAH RAND ESQ
100 GOLD STREET
6TH FLOOR
NEW YORK NY 10038-1605

INTERCOASTAL MEDICAL GROUP
PO BOX 919538
ORLANDO FL 32891-9538

JC PENNY
SYNCB
PO BOX 960090
ORLANDO FL 32896-0090

KNUCKLES KOMOSINSKI   MANFRO
565 TAXTER ROAD
SUITE 590
PITTSBURGH PA 15230

LAKEWOOD RANCH MEDICAL CTR
8668 SPRING MOUNTAIN ROAD
LAS VEGAS NV 89117-4132

MACYS
PO BOX 9001094
LOUISVILLE KY 40290-1094

NYC DEPT OF FINANCE
PO BOX 680
NEWARK NJ 07101-0680

NYC WATER BOARD
PO BOX 11863
NEWARK NJ 07101-8163

PARAGON EMERGENCY SERVICES
PO BOX 740022
CINCINNATI OH 45274-0022

SAMS CLUB
PO BOX 530942
ATLANTA GA 30353-0942

SEARS CARD
PO BOX 69001055
LOUISVILLE KY 40290-1055

SETERUS
PO BOX 1977
HARTFORD CT 06144

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| THE DEPT OF HOUSING PRESERVATION AND DEVELOPMENT OF THE CITY OF NEW YORK<br>DHPD MIRIAM POLLACK ESQ<br>100 GOLD STREET ROOM 6-Y3<br>NEW YORK NY 10038-1605 | VICTORIAS SECRECT<br>PO BOX 659728<br>SAN ANTONIO TX 78265-9728 | CM/ECF E-SERVICE<br>MELODY D GENSON +<br>MELODY D GENSON PA<br>2750 RINGLING BOULEVARD SUITE 3<br>SARASOTA FL 34237-6300 |
| CM/ECF E-SERVICE<br>ROBYN MARIE SEVERS +<br>BECKER  POLIAKOFF<br>111 N ORANGE AVENUE SUITE 1400<br>ORLANDO FL 32801-2324 | CM/ECF E-SERVICE<br>UNITED STATES TRUSTEE   TPA713 +<br>TIMBERLAKE ANNEX SUITE 1200<br>501 E POLK STREET<br>TAMPA FL 33602-3949 | CM/ECF E-SERVICE<br>TAJI S FOREMAN +<br>KAHANE AND ASSOCIATES<br>8201 PETERS ROAD SUITE 3000<br>PLANTATION FL 33324-3292 |
| ~~EXCLUDE~~<br>~~CHRISTINE L HERENDEEN +~~<br>~~PO BOX 152340~~<br>~~TAMPA FL 33684-2340~~ | CM/ECF E-SERVICE<br>JOHN Y BENEFORD +<br>WILSON ELSER MOSKOWITZ EDELMAN  DICKER<br>111 NORTH ORANGE AVENUE<br>ORLANDO FL 32801-2361 | CM/ECF E-SERVICE<br>NOTE   ENTRIES WITH A + AT THE END OF THE<br>NAME HAVE AN EMAIL ADDRESS ON FILE IN CMECF |